IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 14-cv-01405-CBS

GUIRY'S, INC., a Colorado corporation; and
ADCO PRO CLEANING SUPPLY, INC., a Colorado corporation,
    Plaintiffs,
v.

DOUBLE DIAMOND FINANCIAL & INSURANCE SERVICES, LLC, a Colorado limited liability corporation;
JENNIFER HARRIS, Individually;
JONATHAN HARRIS a/k/a JAY HARRIS, Individually; and
JOHN DOES #1-100,
    Defendants.

ORDER DISMISSING CASE WITH PREJUDICE

The court having reviewed the Stipulation for Dismissal with Prejudice (filed July 23, 2014) (Doc. # 18) and the Notice of Voluntary Dismissal of Jennifer Harris (filed in this court on May 19, 2014) and being fully advised in the premises, IT IS ORDERED that:

1. Defendant Jennifer Harris is voluntarily dismissed from this civil action.

2. All other claims against Defendants are voluntarily dismissed.

3. This civil action is dismissed with prejudice, with each party to pay his, her, or its own costs and attorney fees.

Dated at Denver, Colorado this 25th day of July, 2014.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge